

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: MELISSA WARRICK, IN HER OFFICIAL CAPACITY AS AN ASSISTANT DISTRICT ATTORNEY FOR THE STATE OF TEXAS, <br><br> Relator. | §<br>§<br>§<br>§<br>§<br>§<br>§ | No. 08-13-00255-CR <br><br> AN ORIGINAL PROCEEDING <br><br> IN MANDAMUS |

## **O R D E R**

Pending before the Court is Relator's motion to carry over the reporter's record from cause number 08-13-00186-CR into the above styled and numbered mandamus proceeding.   The motion is GRANTED.   The reporter's record and supplemental reporter's record filed in cause number 08-13-00186-CR shall be considered filed as a reporter's record and supplemental reporter's record in cause number 08-13-00255-CR.

IT IS SO ORDERED this 29th day of August, 2013.


PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.
(Rivera, J., not participating)